IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
) CASE NO.: CR507-18
v. )
)
)
ROGER HAMELIN )

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 14th day of January, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE